Georgia State University
P.O. Box 3982
Atlanta, GA  30302

Pay Group: 09H-Staff - Hourly
Pay Begin Date: 11/18/2018
Pay End Date: 12/01/2018

Business Unit: 09000
Advice #: 000000000884774
Advice Date: 12/07/2018

Thach Pin
2767 Nettle Lane
Buford, GA  30519

Employee ID: 1017202
Department: 971000040-Student Health Clinic
Location: Georgia State University
Job Title: Medical Assistant
Pay Rate: $15.380000 Hourly

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances | 0 | 0 |
| Addl. Allowance: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 15.380000 | 40.00 | 615.20 | 64.00 | 984.32 |
| Regular | 15.380000 | 24.00 | 369.12 | | 0.00 |
| TOTAL: | | 64.00 | 984.32 | 64.00 | 984.32 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 86.63 | 86.63 |
| Fed MED/EE | 14.27 | 14.27 |
| Fed OASDI/EE | 61.03 | 61.03 |
| GA Withholdng | 42.90 | 42.90 |
| TOTAL: | 204.83 | 204.83 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Teachers Retirement System LMT | 59.06 | 59.06 |
| TOTAL: | 59.06 | 59.06 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Teachers Retirement System LMT | 205.72 | 205.72 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 984.32 | 925.26 | 204.83 | 59.06 | 720.43 |
| YTD | 984.32 | 925.26 | 204.83 | 59.06 | 720.43 |

| YEAR-TO-DATE | ANNUAL/VACATION | SICK LEAVE |
|---|---|---|
| Balance | 0.0 | 0.0 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000884774 | Checking | XXXX3705 | 720.43 |
| TOTAL: | | | 720.43 |

MESSAGE:

| Georgia State University<br>P.O. Box 3982<br>Atlanta, GA 30302 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 09H-Staff - Hourly<br>12/02/2018<br>12/15/2018 | | Business Unit:<br>Advice #:<br>Advice Date: | 09000<br>000000000907407<br>12/21/2018 | |

| Thach Pin<br>2767 Nettle Lane<br>Buford, GA 30519 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 1017202<br>971000040-Student Health Clinic<br>Georgia State University<br>Medical Assistant<br>$15.380000 Hourly | TAX DATA:<br>Marital Status:<br>Allowances<br>Addl.<br>Allowance::<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Exempt | GA State<br>Single<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Inclement Weather Non-Exempt | 15.380000 | 1.50 | 23.07 | 1.50 | 23.07 | Fed Withholdng | 0.00 | 86.63 |
| | | | | | | Fed MED/EE | 16.15 | 30.42 |
| Regular | 15.380000 | 38.50 | 592.13 | 142.50 | 2,191.65 | Fed OASDI/EE | 69.06 | 130.09 |
| Overtime | 15.380000 | 0.20 | 4.61 | 0.20 | 4.61 | GA Withholdng | 49.79 | 92.69 |
| Regular | 15.380000 | 40.00 | 615.20 | | 0.00 | | | |
| TOTAL: | | 80.20 | 1,235.01 | 144.20 | 2,219.33 | TOTAL: | 135.00 | 339.83 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Teachers Retirement System LMT | 73.82 | 132.88 | USG Legal Plan | 16.96 | 16.96 | Teachers Retirement System LMT | 257.15 | 462.87 |
| Consumer Choice HSA | 75.12 | 75.12 | Supplemental Life | 8.74 | 8.74 | Basic Life | 11.48 | 11.48 |
| Dental-High Option | 39.04 | 39.04 | | | | Consumer Choice HSA ER | 426.16 | 426.16 |
| Vision Insurance | 6.90 | 6.90 | | | | | | |
| TOTAL: | 194.88 | 253.94 | TOTAL: | 25.70 | 25.70 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,235.01 | 1,040.13 | 135.00 | 220.58 | 879.43 |
| YTD | 2,219.33 | 1,965.39 | 339.83 | 279.64 | 1,599.86 |

| YEAR-TO-DATE | ANNUAL/VACATION | SICK LEAVE | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Balance | 0.0 | 0.0 | Advice #000000000907407 | Account Type<br>Checking | Account Number<br>XXXX3705 | Deposit Amount<br>879.43 |
| | | | TOTAL: | | | 879.43 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE: